

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00103-CV

**WESTWIND HOMES** d/b/a Westwind Development, G.P.-Laredo, LLC, and Centerpoint Energy Resources Corp,
Appellants

v.

Fernando **RAMIREZ** and Minerva Ramirez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003262-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

On May 15, 2018, this court abated this appeal to allow the parties to mediate. On June 22, 2018, this court reinstated the appeal on the docket of the court and ordered appellants to file a written advisory providing the status of the parties' negotiations and advising the court as to whether the parties request additional time to negotiate or whether the court should set a deadline for the filing of the reporter's record. Appellants timely responded to this court's order. One appellant stated it is not engaged in active settlement negotiations, and the other appellant stated it did not believe the abatement should be extended. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than thirty days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court